UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES EDWARD JAMES,

    Plaintiff,

v.                                                  Case No.:  2:19-cv-715-FtM-38MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER[1]

Before the Court is Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. 19).  The Commissioner believes that a remand is appropriate to allow the administrative law judge ("ALJ") to do the following:

> evaluate the opinions provided by treating physician Kenneth Gold, M.D., and VA disability determination; re-consider the severity, onset, and limiting effects of the claimant's post-traumatic stress disorder using the special technique set forth in 20 C.F.R. § 404.1520a; re-assess the residual functional capacity assessment; as warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; take any further action to complete the administrative record; and issue a new decision.

(Doc. 19 at 1).  Plaintiff does not oppose the Motion.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing.  See also *Shalala v. Schaefer*, 509

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). Given the parties' representations and agreement on the matter, the Court grants the Motion and remands for further proceedings. See *Morgan v. Astrue*, No. 2:11-cv-615-FtM-29SPC, 2012 WL 695840, at *1 (M.D. Fla. Mar. 1, 2012).

Accordingly, it is now

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) is **GRANTED.**

2. Defendant's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines or pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of June, 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record